

# GAINESVILLE
every path starts with passion
FLORIDA

# POLICE DEPARTMENT
Inter-Office Communication

To: Lt. Larry Seale 56

Date: November 17th, 2010

From: Sgt. John E. Franklin 32

Subject: Use of Force 2010- 0091

---

I have reviewed the documentation completed regarding this K-9 use of force and the GPD reports written for CR # 10-016095.

Officer Owens responded to the site of a traffic stop where the passenger had fled from the original officers. Officer Lugo, contacted the driver of the vehicle and during his interview developed probable cause to arrest the fleeing passenger with Grand Theft Auto. Lugo's trainee Davies showed Owens where the suspect had last been seen while he was running. Thorough description was provided to Owens. Owens and Justice began tracking through the complex into the dividing wood line where Justice apprehended the suspect by biting him on the left thigh. The suspect was concealed in very thick brush, which increased the amount of time Justice was biting the suspect prior to Owens being able to verify the suspect was unarmed. The suspect, Wolffis, was wearing the same clothing matching the description provided by Davies. Wolffis was transported to Shands @ UF for treatment by ACFR.

Department and K-9 Unit policies were followed by Officer Owens during this incident and the use of force was appropriate.

within policy
LT Seale 1-4-11

ES. Dosky
1-7-11



EXHIBIT
L



RECEIVED

# Gainesville Police Department

| Incident Report |
|---|

| | | | |
|---|---|---|---|
| **Incident Type:** | Use of Force | **Incident #:** | 2010-0091-UOF |
| **Call Type:** | Grand Theft Auto | **Incident Date:** 08/04/2010 **Time:** 3:53 | |
| **Origin:** | Internal Review | **Date Reported:** 08/04/2010 **Time:** 4:48 | |
| **Report #:** | 10/16095 | | |
| **Location:** | 900 SW 62nd Blvd | | |
| **Address:** | | | |
| **Status:** | Closed | **Date Closed:** | 01/07/2011 |

## Subject(s)

| | |
|---|---|
| **Subject:** | Wolffis, Jared G |
| **Address:** | ▮▮▮▮▮▮▮▮ |
| **City:** Gainesville | **State:** Fl **Zip:** 32641 |
| **Home Phone** | ▮▮▮▮▮▮▮▮ |
| **Medical Attention Required:** | Yes |
| **Level or type of resistance used:** | Defensive Resistance |
| **If yes given by:** | EMS; Hospital |
| **Injury:** | Yes |
| **Under the Influence:** | |
| **Type of Influence:** | |
| **Notes:** | Updated 11/17/2010 1:42:12 PM by 0032: |

---

| | |
|---|---|
| **Subject:** | Urban, Bryan P |
| **Address:** | ▮▮▮▮▮▮▮▮ |
| **City:** Gainesville | **State:** FL **Zip:** 32601 |
| **Home Phone** | ▮▮▮▮▮▮▮▮ |
| **Notes:** | |

## Employee(s)

| | | | | | |
|---|---|---|---|---|---|
| **Employee:** | Owens, Charles | **ID:** | 0661 | **Badge ID:** | |
| **Supervisor:** | Durst, Timothy | **ID:** | 0457 | | |
| **Level or type of force used by officer:** | K-9 Apprehension | | | | |
| **Employee(s) Injured:** | No | | | | |

1

| | |
|---|---|
| **Medical Attention Required:** | No |
| **Witness Only:** | No |
| **Weapon Used By Officer:** | K-9 |

**Notes:** Updated 11/17/2010 1:47:01 PM by 0032:

## Action Taken

### Employee Link Details

| | |
|---|---|
| **Employee Details** | Owens, Charles |
| **Subject Details** | Wolffis, Jared G |

### Details

| | |
|---|---|
| **Photos Taken:** | Yes |
| **Photographing Officer Name:** | R. Rogers |
| **Photographing Officer Rank:** | Officer |
| **Supv Notified:** | Yes |
| **Supervisor on Scene:** | Yes |
| **Supervisor Name:** | M. Schibuola |
| **Rank:** | Lieutenant |
| **Initial Findings:** | Appropriate Force |
| **DOJ Notice of Taser or OC Use:** | |

### Assignments

| | | | |
|---|---|---|---|
| **Group:** | Field Supervisors | **Assigned To:** | Seale, Larry |
| **Role:** | Reviewer | **Assigned By:** | Franklin, John |
| **Assign Date:** | 11/17/2010 | **Due Date:** | |
| **Completion Date:** | 11/17/2010 | **Recommendation:** | Appropriate Force |

**Notes:**

Updated 11/17/2010 2:09:14 PM by 0032:

2

| | | | |
|---|---|---|---|
| **Group:** | Field Supervisors | **Assigned To:** | Franklin, John |
| **Role:** | | **Assigned By:** | Franklin, John |
| **Assign Date:** | 11/17/2010 | **Due Date:** | |
| **Completion Date:** | | **Recommendation:** | |
| **Notes:** | | | |

| | | | |
|---|---|---|---|
| **Group:** | Training | **Assigned To:** | Stout, Dan |
| **Role:** | Reviewer | **Assigned By:** | Miles, Pamela |
| **Assign Date:** | 1/11/2011 | **Due Date:** | |
| **Completion Date:** | 1/25/2011 | **Recommendation:** | Appropriate Force |
| **Notes:** | | | |

Updated 1/25/2011 3:01:47 PM by 0337:

| | | | |
|---|---|---|---|
| **Group:** | Internal Affairs | **Assigned To:** | Helmerson, Brian |
| **Role:** | Reviewer | **Assigned By:** | Miles, Pamela |
| **Assign Date:** | 1/11/2011 | **Due Date:** | |
| **Completion Date:** | | **Recommendation:** | |
| **Notes:** | | | |

## Notifications

## Exhibits

| | | | |
|---|---|---|---|
| **Type:** | IOC | **Description:** | K9 Apprehension review |
| **Date:** | 11/17/2010 | **Number:** | 01 |
| **Location:** | | | |
| **Link:** | IOC UOF 0091 cr # 10-16095.doc currently in database. | | |

**Notes:**

Updated 11/17/2010 2:08:51 PM by 0032:

**Incident Notes:**

3

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Agency Name | Gainesville Police Department |
| ORI | FL0010100 |
| Case# | 02-10-016095 |
| Date / Time Reported | 08/04/2010 04:48 Wed |
| Last Known Secure | 08/04/2010 03:53 Wed |
| At Found | 08/04/2010 03:53 Wed |
| Location of Incident | 900 SW 62nd Blvd, Gainesville FL 32607- |
| Premise Type | Parking Lot / Area |
| Zone/Tract | F |

## Incident Data

| # | Crime Incident(s) | (Com) | Weapon/Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Stolen Vehicle (motorcycle) SVMO | (Com) | NONE | | | | |
| #2 | Loitering And Prowling LOPR | (Com) | | | | | |
| #3 | Resist/obstructing Without Violence REWV | (Com) | | | | | |

MO

## Victim

| # of Victims | 2 | Type: SOCIETY / PUBLIC | Injury: | Domestic: N |

| | Victim/Business Name | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | The State Of Florida | 2,3 | | | | | N/A | |

Home Address / Home Phone
Employer Name/Address / Business Phone / Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |

## Others Involved

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| Type: INDIVIDUAL | Injury: Not Applicable |
| Code V2 | Name: VOIGT, JEFFREY MICHAEL | Victim of Crime # 1 | DOB / Age 19 | Race W | Sex M |

| Type: INDIVIDUAL | Injury: |
| Code IO | Name: REEVES, JONATHAN WINSTON | Victim of Crime # | Age 33 | Race B | Sex M |

## Property

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit/Forged   F = Found   ("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 38 | P | $0.00 | | 1 | 2000 BLU, HGG2Z FL | FORD F150 | |
| 2 | 25 | S,R | $1,000.00 | | 1 | 2004 MAR, TAN 1791KN FL | YAMA | |
| 2 | 25 | R | $1,000.00 | | 1 | 2004 MAR, TAN 1791KN FL | YAMA | |

Officer/ID#  DAVIS, M. J. (0847)
Outstanding Stolen Val [Total Stolen]: $0.00 [$1,000.00], Tot Rec Val: $1,000.00
Invest ID#  LORMIL, F. E. (0537)
Supervisor  STOUT, W. R. (0311)
Complainant Signature
Case Status: Cleared By Arrest  08/04/2010
Case Disposition: Cleared By Arrest  08/04/2010
Page 1

Printed By: GPD0457, XGP26572L                    Sys#: 127495                    08/16/2010 18:08:18

**INCIDENT/INVESTIGATION REPORT**    By: GPD0457, XGP26572L  08/16/2010 18:08

Page 2

*Gainesville Police Department*    Case# 02-10-016095

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |

**Assisting Officers**
LUGO, A.A. (0411), OWENS, C.R. (0661), REYNOLDS, T.D. (0827)

Suspect Hate / Bias Motivated:  *None (No bias)*

**NARRATIVE**

1. AO: On August 4, 2010 at approximately 0353 hours, Ofc. Lugo (411) and I conducted a traffic stop. We were both in uniform driving a marked police car.

2: INV: A few minutes before conducting the traffic stop Ofc. Lugo and I were standing in the middle of the road on 4200 SW 15th PL. I observed a dark colored Ford pick up truck entering into Southern Pines neighborhood (4200 SW 17th Lane). The truck exited Southern Pines, entering into the Canopy Apartments. I observed two white males occupying the truck.

Ofc. Lugo (411) and I drove into the Canopy Apartment Complex in a marked patrol vehicle. I observed the truck abruptly stop in the   le of the parking lot of the complex. The occupants of the truck saw my patrol vehicle. The truck then made a U-Turn in the parking lot. As I followed the truck, the driver began to increase speed and make several turns. The truck then exited the north entrance/ exit of the Canopy Apartments. The conduct of the occupants was suspicious considering the given time and area.

The truck then traveled west on SW 20th Ave. Ofc. Lugo and I caught up to the truck and we observed the same two occupants. The truck then turned, traveling north on 62nd Blvd. The truck turned off suddenly into Rockwood Villas Apartments (900 SW 62nd Blvd.)

Ofc. Lugo and I then conducted a traffic stop to allow the occupants to explain their conduct. When initiating the stop, the truck hesitated to stop. The truck parked into a parking spot in Rockwood Villas (900 SW 62nd Blvd.)

Ofc. Lugo approached the driver side of the vehicle. I approached the passenger side of the vehicle. While approaching the vehicle, the passenger immediately fled on foot. I followed behind the white male, repeatedly screaming "Stop, Police, and Stop Running". I was able to give out a complete description and direction of travel of the white male. A perimeter was set.

The white male, later identified as Jarred Wolffis, continued to flee on foot, ignoring my verbal commands to stop. Wolffis ran into the tree/fence line that separates The District on 62nd Apartments and Rockwood Villas Apartments. I then lost sight of Wolffis.

Ofc. Lugo (411) stayed with the driver of the vehicle, later identified as Bryan Urban. Ofc. Lugo read Urban his Miranda Warning. Post Miranda Urban explained that he and Wolffis had just stolen a scooter and loaded it up on the bed of the truck from the Canopy Apartments. Urban and Wolffis did not have permission to take the scooter.

Ofc. C Owens (661) and GPD K-9 Justice tracked Wolffis hiding in the bushes near building 1 of 1000 SW 62nd Blvd. (The District on 62nd Apartments). Wolffis was handcuffed placed under arrest. Wolffis suffered a dog bite on his upper left thigh. Wolffis was transported by Rescue 19, Arvin Ehrley #381 North Florida Hospital. (Ofc. C Owens supplement)

I spoke with the victim Jeffrey Voigt. He advised that he is currently moving and had been staying with his friend in the Canopy Apartments. Voigt said he had his scooter parked in the parking lot of Canopy Apartments. Voigt stated that he did not give anyone permission to take his scooter.

I transported Urban back to the police station to be questioned by Detectives. Urban was turned over to Detective Lormil.

': Ofc. Lugo took photos of the truck Urban and Wolffis used to load up the scooter. Ofc. Lugo attempted to lift prints from the scooter; however he was unable to obtain any prints.

4. SCA: I completed a mittimis for Urban and Wolffis. Bryan Urban was arrested and charged with Grand Theft Auto and Loiter and Prowling. Jarred Wolffis was arrested and charged with Grand Theft Auto, Loiter and Prowling, and Resisting without Violence. Urban was still being interviewed by detectives, and Wolffis was still in the hospital. Both subjects were turned over to day shift officers.

5. VEH: 2004 Yamaha Scooter, FL TAG ▮▮▮ Maroon and Tan, (VIN# ▮▮▮▮▮▮▮)
2000 Ford F 150, FL TAG ▮▮▮ Blue, (VIN# ▮▮▮▮▮▮▮)

6. ADD: The scooter was recovered and returned to the victim. Wolffis and Urban truck was towed by superior towing (See Ofc. Reynolds (827) supplement).

I notified UFPD of Wolffis arrest and charges. I spoke with Sgt. S King who advised that the Dean of University of Florida will be notified.

## Incident Report Suspect List

Gainesville Police Department

OCA: 02-10-016095

### 1

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| Wolffis, Jared Gregory | | GAINESVILLE, FL 32601 |

Business Address: UF, STUDENT

| DOB. | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 24 | W | M | N | 508 | 145 | BRO | BRO | FAR | |

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | Race | Sex | Height | Weight | SSN |
|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | VIN |

Notes                                                              Physical Char

### 2

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| Urban, Bryan P | | GAINESVILLE, FL 32601 |

Business Address: UF STUDENT, STUDENT

| DOB. | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 22 | W | M | | 510 | 160 | BRO | BRO | | |

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | Race | Sex | Height | Weight | SSN |
|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | VIN |

Notes                                                              Physical Char

# Incident Report Related Vehicle List

*Gainesville Police Department*

OCA: 02-10-016095

### 1

| VehYr/Make/Model | Style | Color | Lic/Lis /Decal | Vin |
|---|---|---|---|---|
| 2004 YAMA | MC | MAR/TAN | FL 2011 | |

| IBR Status | Date | Location | | |
|---|---|---|---|---|
| Recovered | 08/04/2010 | 1000 SW 62ND BLVD, GAINESVILLE FL | | |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| FAIR | $1,000.00 | 0740 | Locally | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| Voigt, Jeffrey Michael | | |

| Business Address |
|---|
| |

| DOB. | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| | 19 | W | M | 508 | | |

Notes

### 2

| VehYr/Make/Model | Style | Color | Lic/Lis /Decal | Vin |
|---|---|---|---|---|
| 2000 FORD, F150 | PK | BLU | FL 2011 | |

| IBR Status | Date | Location |
|---|---|---|
| Prisoner Property | 08/04/2010 | 900 SW 62ND BLVD, GAINESVILLE FL |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| FAIR | $0.00 | 0740 | Locally | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| Wolffis, Gregg Lowell | | |

| Business Address |
|---|
| |

| DOB. | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| | 58 | W | M | 604 | | |

Notes

# CASE SUPPLEMENTAL REPORT

Printed: 08/16/2010 18:08

*Gainesville Police Department*

OCA: **0210016095**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *ASSISTED PATROL ARREST*   **Occured:** *08/04/2010*

**Offense:** *STOLEN VEHICLE (MOTORCYCLE)*

**Investigator:** *ROGERS, R. W. (0831)*   **Date / Time:** *08/04/2010 05:46:58, Wednesday*

**Supervisor:** *CONCANNON, R. M. (0328)*   **Supervisor Review Date / Time:** *08/05/2010 05:14:04, Thursday*

**Contact:**   **Reference:** *Supplement*

1.AO: At approximately 0400hrs 08-04-10, while on uniformed patrol I responded to the area of 900 SW 62nd Blvd reference to the passenger fleeing from a traffic stop which was initiated by Ofc. Davis and FTO Lugo(See their report for all details). The passenger, later identified as Jared Wolffis, ran south from Rockwood villas to the area of 1000 SW 62nd Blvd.

2.INV: I made contact with Ofc. Davis just north of The District @ 62nd Apartments where she had lost Wolffis in the wooded area along the fence line of Rockwood Villas and the adjacent apartment complex. Various officers set up perimeter spots in the immediate area and I stood by with Ofc. Davis until Ofc. Owens and K-9 Justice arrived on scene and initiated a track (See Ofc. Owens supplement for all details).

Ofc. Owens and K-9 Justice located Wolffis in some bushes west of SW 62nd Blvd inside the complex and upon Wolffis being located, I ran to the location which was just north of building 1 in the District @ 62nd Apartments to assist. I placed Wolffis in handcuffs and checked his restraints for proper fit prior to him being transported to Shands Hospital for treatment.

I remained with Wolffis who was transported by Rescue 19 to the emergency room at Shands Hospital. I remained with Wolffis while he was evaluated by medical staff and received medical attention for his injury sustained in the K-9 apprehension.

3.EV: N/A

4.SCA: N/A

5.VEH: N/A

6.ADD: I turned custody over to Ofc. J. South who remained with Wolffis who was treated and subsequently turned over to ASO for transport to the DOJ. This concluded my involvement in the incident.

# CASE SUPPLEMENTAL REPORT

Printed: 08/16/2010 18:08

*Gainesville Police Department*                                    OCA: **0210016095**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *ASSISTED PATROL ARREST*    **Occured:** *08/04/2010*

**Offense:** *STOLEN VEHICLE (MOTORCYCLE)*

**Investigator:** *SULLIVAN, M. D. (0843)*    **Date / Time:** *08/04/2010 14:10:44, Wednesday*

**Supervisor:** *BRADFORD, S. L. (0378)*    **Supervisor Review Date / Time:** *08/04/2010 16:35:26, Wednesday*

**Contact:**    **Reference:** *Supplement*

---

1. A/O: On 08/04/2010 I was in uniform patrol in a marked "police" patrol vehicle assigned to District 2 Romeo Zone. At approx. 0747 hrs, I was dispatched to relieve midnight shift officers and transport one of the offenders from the station to ASO DOJ. I transported Bryan P. Urban from the station to ASO DOJ on his charges.

2. INV: See Original Report

3. EV: See Original Report

4. SCA: I secured Bryan P. Urban in handcuffs (checked for fit, double locked, to the rear), placed him in my patrol vehicle, and transported him to ASODOJ. Search incident to arrest yielded no contraband.

While at ASO DOJ I was advised that the Co-Def (Gregg L. Wolffis) was at Shands ER was being admitted for a K9 bite. I gave ASO DOJ clerk the signed Mittimus and booked Wolffis into ASO DOJ for the his charges and was advised a deputy would be enroute to Shands to relieve Ofc. South.

5. VEH: See Original Report

6. ADD: See Original Report

This ends my involvement in this incident.

## CASE SUPPLEMENTAL REPORT

Printed: 08/16/2010 18:08

*Gainesville Police Department*

OCA: **0210016095**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *ASSISTED PATROL ARREST*  **Occured:** *08/04/2010*

**Offense:** *STOLEN VEHICLE (MOTORCYCLE)*

**Investigator:** *AWAMY, B. N. (5979)*  **Date / Time:** *08/05/2010 17:01:26, Thursday*

**Supervisor:** *BENCK, W. L. (0124)*  **Supervisor Review Date / Time:** *08/06/2010 09:31:21, Friday*

**Contact:** *South, Justine #451*
*721 Nw 6th St, Gainesville*

**Reference:** *Et/g Unit Report*

1. AO: On 8/5/10 I responded to ACSO DOJ, 3333 NE 39th Ave, in ref to photographing the injuries on Jared Wolffis (Identified by his FL DL          , w/m, dob       ).

2. INV: N/A

3. EV: Photos were taken of Wolffis and the injuries on his left leg, bandaged and unbandaged. Wolffis had a puncture wound on his upper font left thigh and left shin and a large wound on the back of his left thigh. Photos were taken with and without a ruler.

4. SCA: N/A

5. VEH: N/A

6. ADD: N/A

# CASE SUPPLEMENTAL REPORT

Printed: 08/16/2010 18:08

| | |
|---|---|
| *Gainesville Police Department* | OCA: **0210016095** |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *ASSISTED PATROL ARREST*     **Occured:** *08/04/2010*

**Offense:** *STOLEN VEHICLE (MOTORCYCLE)*

**Investigator:** REYNOLDS, T. D. (0827)     **Date / Time:** *08/06/2010 00:33:52, Friday*

**Supervisor:** STOUT, W. R. (0311)     **Supervisor Review Date / Time:** *08/06/2010 01:23:43, Friday*

**Contact:**     **Reference:** *Supplement*

---

1. AO: On 08-04-10 at approximately 0356 hours, while on uniformed patrol in a marked unit, I responded to the area of Rockwood Villa Apts, 900 SW 62nd Blvd, in reference to a subject running from Officer A Lugo #411 and Officer M. Davis #847. Ofc Lugo advised that the subject had possibly stolen a scooter.

2. INV: Upon arrival, I positioned myself in the southwest area of the complex in order to establish a perimeter around the location while a canine track was being conducted. Once the canine track was concluded, and the fleeing suspect, Jerrad Wolffis, was taken into custody, I proceeded to the location of the suspect vehicle, near the front of the complex. I assisted Ofcs Lugo and Davis by requesting a contract tow on Teletype for the suspect vehicle, blue 2000 Ford F150 truck - FL tag ▮▮▮▮▮▮, and completing the Tow Sheet.

Ofc Lugo advised that the scooter in the bed of suspect vehicle was stolen and belonged to Jeffrey Voigt, who possibly lived in Canopy Apts, ▮▮▮▮▮▮▮▮▮▮▮. I contacted the on-site security officer, Jonathon Reeves, by telephone and asked him to check his resident occupancy list for Voigt. Reeves advised he would call me back with his findings. A few minutes later, Reeves called and advised that Voigt was listed as a resident in ▮▮▮▮▮▮ but stated that Voigt was scheduled to have vacated the apartment on 07-31-10. Reeves advised he would check the apartment for Voigt. Reeves called back within a few minutes and advised that he located Voigt at that location. Reeves brought Voigt to the scene to retrieve his scooter. When Voigt arrived, he stated that his scooter was taken without permission.

This concluded my involvement in the case.

3. EV: N/A

4. SCA: N/A

5. VEH: University Towing arrived and took possession of the suspect vehicle.

6. ADD: I gave the completed Tow Sheet and Receipt to Ofc Davis.

---

CASE SUPPLEMENTAL REPORT                            Printed: 08/16/2010 18:08

*Gainesville Police Department*                                    OCA: **0210016095**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *ASSISTED PATROL ARREST*   **Occured:** *08/04/2010*

**Offense:** *STOLEN VEHICLE (MOTORCYCLE)*

**Investigator:** *LORMIL, F. E. (0537)*   **Date / Time:** *08/06/2010 14:05:07, Friday*

**Supervisor:** *NABET, J. R. (0156)*   **Supervisor Review Date / Time:** *08/16/2010 14:15:11, Monday*

**Contact:**   **Reference:** *Follow Up*

---

10-16095 Grand Theft (Scooter), Loitering and Prowling
10-16096 Grand Theft (Scooter)

0615 HOURS August 4, 2010

On this date, I received a telephone call from Sgt Forsberg requesting I respond to GPD in reference to two people who were under arrest for stealing scooters. Sgt Forsberg was not able to provide additional information and stated I would briefed by officers at the station.

0650 HOURS August 4, 2010

Upon arrival, I was briefed by Ofc Lugo and Ofc M. Davis. I was informed that at approximately 0445 hrs they were investigating a scooter theft on GPD CR 10-16095. During that investigation, it was learned the suspects was involved had also taken a scooter at 200 SE 2nd Avenue around 0030 hours earlier on this date. The suspects B. Urban and J. Wolffis were in a black Ford F-150 that Officers Lugo and Davis had stopped for a loitering and prowling investigation that initiated when they were driving around Southern Pines (1700 SW 42nd Street) and The Canopy (4400 SW 20 Avenue). Due to an increase in burglaries and scooter thefts, a traffic stop was conducted on Urban and Wolffis in Rockwood Villas. Wolffis fled and Urban (driver) remained with the vehicle.

Ofc Lugo informed Urban of his Miranda rights and Urban agreed to being interviewed Urban admitted he assisted Wolffis in loading the scooter in the truck just moments before GPD got behind him. Urban initially denied any involvement but later admitted his involvement. The owner of the scooter, S. Brockmeier, verified a friend, R. Krieger, had borrowed the scooter and it was parked in the alley where it was stolen. Brockmeier did not know Urban or Wolffis and never gave them permission to take the scooter. That stolen scooter was recovered from 3303 SE 15th Street with the assistance of ASO. T e scooter was towed away from the property.

0710 HOURS August 4, 2010
GPD
Bryan Urban W/M

Prior to any questioning, I informed Urban of his Miranda rights and he agreed to be interviewed. During this recorded, post-Miranda interview, Urban admitted to stealing the scooters with the assistance of Wolffis. Urban stated he was the designated driver for the night and after leaving Fat Tuesdays he and Wolffis was leaving the area when they spotted a scoter near "101". I knew 101 as a club in the downtown area that was east of Fat Tuesday's. Urban

**CASE SUPPLEMENTAL REPORT**                                    Printed: 08/16/2010 18:08

| | | |
|---|---|---|
| *Gainesville Police Department* | | OCA: **0210016095** |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *ASSISTED PATROL ARREST*   **Occured:** *08/04/2010*

**Offense:** *STOLEN VEHICLE (MOTORCYCLE)*

**Investigator:** *LORMIL, F. E. (0537)*     **Date / Time:** *08/06/2010 14:05:07, Friday*

**Supervisor:** *NABET, J. R. (0156)*        **Supervisor Review Date / Time:** *08/16/2010 14:15:11, Monday*

**Contact:**                                 **Reference:** *Follow Up*

---

explained the scooter was in the alley behind the business and after they drove pass it, Wolffis said, "Let's go get that scooter". Urban stated made a u-turn and he and Wolffis exited the vehicle and placed the scooter into the flatbed of the truck. He then drove away from the area and returned to their residence located at ▮▮▮▮▮▮▮. Once there, they unloaded the scooter and he placed the scooter into a locked shed. Urban stated after that Wolffis wanted beer so he drove Wolffis to a store where a 24 pack of beer was purchased and then he drove to the Cabana Beach Apartments complex. Urban stated Wolffis played video games and drank beer with a friend for approximately 15 minutes and then they left. When he exited the complex, Urban stated he turned east on SW 20th Ave and him and Wolffis went to Canopy Apartments. Urban stated he entered through entrance at the back of Southern Pines and could not explain why he did not enter the main entrance on SW 20th Ave. While driving around the complex, Wolffis found a scooter that resembled the one he had stolen, sometime last year, and told Wolffis he wanted that particular scooter. Urban and Wolffis exited the vehicle and both of them loaded the second scooter into the bed of the truck. When they exited the complex, they were later stopped by GPD and after that, he was transported to the station. Urban also stated that prior to the vehicle stopping, Wolffis told him he was going to run and he did, leaving Urban with GPD officers. Urban stated this is the first time he and Wolffis have done anything like this.

Urban could not explain why the first scooter they stole from the downtown area happened to be the exact same make and model as a scooter he owned (recently purchased from www.Craigslist.com, verified by former owner). The same scooter he explained was recently purchased and it required a tune up but Urban denied stealing the scooter to be used for parts to fix his own. Urban stated the second scooter was selected because it was to replace the one Wolffis had stolen.

Under CR 10-16095 Urban and Wolffis were charged with Grand Theft (Scooter), Loitering and Prowling and under CR10-16096 they were charged with Grand Theft (Scooter).

I placed the recording of this interview into evidence under 10-16096. I did not speak with Wolffis.

0857 HOURS August 5, 2010
UPD SGT Hamby
352-392-111

I called UPD and informed them these arrests due to employment and school listing by the suspects.

APA
DEF-1 Bryan Urban
DEF-2 Jared Wolffis
CLO: 8-5-10

**CASE SUPPLEMENTAL REPORT**  Printed: 08/16/2010 18:08
*NOT SUPERVISOR APPROVED*

*Gainesville Police Department*   OCA: **0210016095**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *ASSISTED PATROL ARREST*    **Occured:** *08/04/2010*

**Offense:** *STOLEN VEHICLE (MOTORCYCLE)*

**Investigator:** *PACE, L. R. (5716)*    **Date / Time:** *08/10/2010 07:57:13, Tuesday*

**Supervisor:** *(0)*    **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**    **Reference:** *Supplement*

The vehicle stolen with Fl Tag ▓▓▓▓ VIN ▓▓▓▓▓▓▓ is identified on DAVID as a Motorcycle. The first offense is therefore reverified as Stolen Vehicle/Motorcycle.

| Agency Name | | APPREHENSION CANINE REPORT | OCA/CAD # 02-10-016095 | |
|---|---|---|---|---|
| GAINESVILLE POLICE DEPARTMENT | | | | |
| ORI FL FL0010100 G0005 | | | Incident Type | |

| Incident Location | | | Incident Date 08/04/2010 20:04 |
|---|---|---|---|

| Location of Canine Activity |
|---|
| 900 SW 62ND BLVD, GAINESVILLE, FL 32601 |

| Call Out Time | Arrival Time | Deploy Time | Clear Time | Time Spent | Weather |
|---|---|---|---|---|---|
| 08/04/2010 03:56 | 08/04/2010 03:56 | 08/04/2010 03:56 | 08/04/2010 05:15 | 1.32 Hours | CLEAR |

| ACTIVITY TYPE | CNT | LOC TYPE | OUTCOME | SUBSTANCE FOUND | AMOUNT | UNIT | VALUE |
|---|---|---|---|---|---|---|---|
| TRACKING | 1 | MULT | | PERSON | | | $0.00 |

**NARRATIVE**

On 08-04-10 at approx. 0356 hrs I was in uniform patrol with my K9 partner Justice when we responded to the area of 900 SW 62nd Blvd (Rockwood Villa's) in reference to a W/M that fled on foot from OFC's Lugo #411 and Davies #849 after they tried to conduct a traffic stop.

The W/M that fled was the front seat passenger in the truck that Lugo and Davies tried to stop. The W/M fled and OFC Davies gave chase on foot after him. The W/M fled south along SW 62nd Blvd, and then ran west into a wood line just north of The District Apartments (1000 SW 62nd Blvd). OFC Davies last observed the W/M running west bound in that area. A perimeter was established. While Justice and I were still en-route OFC Lugo located a scooter in the bed of the pick up truck that the W/M fled from. The scooter was found to be stolen from Canopy Apartments just prior to the officers trying to stop the vehicle and its occupants. OFC Lugo stated he had probable cause to arrest the W/M that fled for Grand Theft, L&P, and RWOV.

I arrived on-scene and meet with OFC Davies. OFC Davies advised me that the W/M was wearing a teal shirt, blue jeans, and white shoes. OFC Davies showed me the area the W/M was last observed running into the woods. Justice and I began a felony track from that area. Justice tracked west into the woods. The track continued west out of the woods and across a grassy field still north of The District Apartments. The track continued west to a fence line that led into the apartment complex. Justice tracked west over the fence. Once over the fence Justice tracked in a north west direction along the fence line that separated Rockwood and The District Apts. The track continued

| Officer Name (ID #) / Canine | Officer Signature | Supervisor Signature | |
|---|---|---|---|
| OWENS, C. (0661) / JUSTICE | | | |

| Date/Time Submitted | Case Status | Case Disposition | | |
|---|---|---|---|---|
| 08/04/2010 05:15 | ☐ Further Investigation | ☐ Unfounded | ☐ Juvenile / No Custody | ☐ Extradition Declined |
| Evaluation Type | ☐ Inactive | ☐ Cleared By Arrest | ☐ Refuse to Cooperate | |
| | ☐ Closed / Cleared | ☐ Cleared By Arrest by Another Agency | | Page 1 of 2 |
| | ☐ Closed / Leads Exhausted | ☐ Death of Offender | ☐ Prosecution Declined | |

| Agency Name | | APPREHENSION | OCA/CAD # | |
|---|---|---|---|---|
| GAINESVILLE POLICE DEPARTMENT | | CANINE REPORT | 02-10-016095 | |
| ORI | | Additional Narrative | Incident Type | |
| FL FL0010100 G0005 | | | | |

| Incident Location | | | | Incident Date | |
|---|---|---|---|---|---|
| | | | | 08/04/2010 20:04 | |
| Call Out Time | Arrival Time | Deploy Time | Clear Time | Time Spent | Weather |
| 08/04/2010 03:56 | 08/04/2010 03:56 | 08/04/2010 03:56 | 08/04/2010 05:15 | 1.32 Hours | CLEAR |

to the west along the fence line. The fence line was covered in thick brush and lots of vines and trees. Justice tracked west and approached the north side of building 3 in The District, when without hesitation he entered a large thick patch of bushes. I then heard a voice say "He's Got Me", which is when I illuminated the bushes with my flashlight and observed that Justice had apprehended the W/M (still wearing the same clothes described to me by OFC Davies) on the left thigh. I immediately began to give the W/M loud verbal commands to show his hands. The bushes the W/M was hiding in were thick and the way he was concealing himself I could not see his hands. The W/M did not comply with my commands to show his hands. I began to yell commands for him to crawl out of the bushes. I still could not see his hands at this time. The W/M failed to comply to my commands. I repeated my commands several times until he began to comply and crawl out of the bushes. Once out of the bushes I could fully see his hands and could see that he was not armed. I then ordered Justice to release his hold. OFC Rodgers arrived moments later and was able to place the W/M into handcuffs with further incident.

The W/M was identified as Jared Wolffis. OFC Davies responded and positively identified Wolffis as the person that fled from the traffic stop and from her. EMS responded to the scene and transported Wolffis to Shand`s UF. LT Schibuola #450 was on scene and advised of the apprehension. K9 CPL Durst #457 was also advised via telephone.

I responded to Shand`s and completed an Animal Bite Report. Wolffis was treated by ER staff for punctures to his left thigh and a laceration to his left thigh. OFC Rodgers took photos of Wolffis injuries. Wolffis was charged with Grand Theft Auto X2, RWOV, and L&P.

| Officer Name (ID #) / Canine | Officer Signature | Supervisor Signature | |
|---|---|---|---|
| OWENS, C. (0661) / JUSTICE | | | |
| Date/Time Submitted | Case Status | Case Disposition | |
| 08/04/2010 05:15 | ☐ Further Investigation | ☐ Unfounded ☐ Juvenile / No Custody ☐ Extradition Declined | |
| Evaluation Type | ☐ Inactive | ☐ Cleared By Arrest ☐ Refuse to Cooperate | |
| | ☐ Closed / Cleared | ☐ Cleared By Arrest by Another Agency | |
| | ☐ Closed / Leads Exhausted | ☐ Death of Offender ☐ Prosecution Declined | Page 2 of 2 |